USDC SCAN INDEX SHEET










```
TKL    4/28/06    10:01
3:06-CV-00538   BURKETT V. CITY OF SAN DIEGO
*8*
*NTCPTYDISM.*
```

FILED

2006 APR 26  PM 3:56

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

1  MICHAEL ANTHONY JENKINS, ESQ. (Cal. Bar No. 171958)
   JUSTIAN JUSUF, ESQ. (Cal. Bar No. 201507)
2  CASTLE, PETERSEN & KRAUSE LLP
   Attorneys at Law
3  4675 MacArthur Court, Suite 1250
   Newport Beach, California 92660
4  E-mail: atty@cpk-law.com
   Telephone: (949) 417-5600
5  Facsimile: (949/417-5610

6  GREGORY G. PETERSEN, ESQ. (Cal. Bar No. 77744)
   CASTLE, PETERSEN & KRAUSE LLP
7  Attorneys at Law
   8388 Vickers Street
8  San Diego, CA 92111
   E-mail: atty@cpk-law.com
9  Telephone: (858) 300-3824
   Facsimile: (858) 573-1574
10
   Attorneys for BRETT M. BURKETT, et al.
11

**VIA FAX**

12              UNITED STATES DISTRICT COURT
13              SOUTHERN DISTRICT OF CALIFORNIA

14 | BRETT H. BURKETT, ET AL.,        | CASE NO. 06CV-0538 JM
15 | PLAINTIFFS,                      | NOTICE OF VOLUNTARY
16 | VS.                              | DISMISSAL
   |                                  | [FRCP 41(a)(1)(i)]
17 | CITY OF SAN DIEGO; ET AL.,
18 | DEFENDANTS.

20  TO THE COURT AND ALL PARTIES:

21      NOTICE IS GIVEN THAT Plaintiff, Rudy Martinez, voluntarily dismisses, without prejudice,
22  his claims in these proceedings:

23  Dated: April ___, 2006                Respectfully submitted,

24                                        CASTLE, PETERSEN & KRAUSE LLP
                                          Attorneys at Law
25

26                                        By:_____
27                                           Michael Anthony Jenkins
28                                        Attorneys for Plaintiffs

ENTERED ON 4/28/06

-1-

NOTICE OF VOLUNTARY DISMISSAL

1  BRETT H. BURKETT, ET AL. V. CITY OF SAN DIEGO ET AL.
   USDC, Southern District, Case No. 06CV-0538 JM
2
                              **PROOF OF SERVICE**
3
   STATE OF CALIFORNIA    )
4                         ) ss.
   COUNTY OF ORANGE       )
5
       I am employed in the county of Orange, state of California. I am over the age of eighteen and
6  not a party to the within action; my business address is: 4675 MacArthur Court, Suite 1250, Newport
   Beach, California 92660.
7
       On April 26, 2006, I served the within NOTICE OF VOLUNTARY DISMISSAL by placing
8  __ the original / _X_ a true copy thereof enclosed in a sealed envelope(s) addressed as follows:

| Michael Aguirre, City Attorney<br>George F. Schaefer, Deputy City Attorney<br>Office of the City Attorney of San Diego<br>1200 Third Avenue, Suite 1100<br>San Diego, CA 92101-4100 | Attorney for Defendants<br>CITY OF SAN DIEGO |
|---|---|

(X) **BY MAIL:** I am "readily familiar" with this firm's practice of collection, processing, and depositing mail, with postage fully prepaid, with the U.S. Postal Service on the same day in the ordinary course of business. I am aware that, on motion of party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing as stated in the affidavit.

( ) **BY FACSIMILE:** In addition to the above service by mail, hand delivery, or Federal Express, I caused said document(s) to be transmitted by facsimile to the addressee(s) marked with a ^^^.

( ) **STATE:** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

(X) **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction this service was made.

Executed on April 26, 2006 at Newport Beach, California.

VIA FAX

_____
Karrle Preston

-2-
NOTICE OF VOLUNTARY DISMISSAL