# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Brett H Burkett, et al
(all remaining Plaintiffs)

V.

City of San Diego; Does 1-10, inclusive

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 06cv0538-DMS-RBB

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[x] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Defendant's Motion for Summary Judgment is Granted against all remaining Plaintiffs.

| May 26, 2009 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/L Odierno
(By) Deputy Clerk

ENTERED ON May 26, 2009

06cv0538-DMS-RBB